## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRUTTA BOWLS FRANCHISING LLC, | : |
| Plaintiff, | : Civil Action No.: 18-2446 (FLW) |
| v. | : **ORDER** |
| JUSTIN BITNER, et. al., | : |
| Defendants. | : |

**THIS MATTER** having been opened to the Court by Danielle DeFilippis, Esq., counsel for Defendants Grain & Berry Cafe, LLC, and Acai Group LLC (the "Florida LLCs"), on a Motion to dismiss Plaintiff Frutta Bowls Franchising LLC's ("Frutta") First Amended Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6); it appearing that Frutta, through its counsel, Joel Schwartz, Esq., opposes the motion; the Court having considered the submissions of the parties without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 10th day of December, 2018,

**ORDERED** that the Florida LLCs' Motion is **GRANTED**; and it is further

**ORDERED** that all claims against the Florida LLCs are dismissed without prejudice for lack of personal jurisdiction.

/s/ Freda L. Wolfson
Freda L. Wolfson
United States District Judge